CHARLES SCHENDEL et al., Respondents, *v.* SAMUEL SILVER, Appellant.

(Argued October 10. 1893 ; decided October 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 18, 1892, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Marshall P. Stafford* for appellant.

*Joseph L. Levy* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.  _____

THE PEOPLE ex rel. WILLIAM H. McPHERSON, Respondent, *v.* THE BOARD OF SUPERVISORS OF WESTCHESTER COUNTY, Appellant.

THE PEOPLE ex rel. THOMAS F. McGRATH, Respondent, *v.* THE BOARD OF SUPERVISORS OF WESTCHESTER COUNTY, Appellant.

THESE cases were argued with and decided on authority of *People ex rel. Clancy* v. *Board of Supervisors of Westchester County* (*ante*, page 524).